**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CalPlant I, LLC, | Case No. 21-11303 (JTD) |
| Debtor.[1] | |
| Lance Miller, Liquidating Director for the Liquidating Trust for CalPlant I, LLC, | |
| Plaintiff, | Adv. Proc. No. See Exhibit 1 hereto |
| v. | |
| Defendants listed on Exhibit 1 attached hereto, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Daniel Ramirez, depose and say that I am employed by Stretto, Inc, a preference recovery firm retained by the Liquidating Director for the Liquidating Trust for CalPlant I, LLC, in the above-captioned Chapter 11 case and Adversary Proceedings listed on Exhibit 1 attached hereto.

On December 8, 2023, at my direction and under my supervision of employees of Stretto, Inc., I caused the *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Liquidating Director Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code,* attached hereto as **Exhibit A** to be served upon: (i) the parties on the service list attached hereto as **Exhibit B** *via* United States First Class Mail; (ii) the parties on the service

list attached hereto as **Exhibit C** via electronic mail; and (iii) the Office of the United States Trustee *via* United States First Class Mail upon the address below.

Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Attn: Benjamin A. Hackman

Dated: December 11, 2023

*/s/ Daniel Ramirez*
Daniel Ramirez
STRETTO, INC.
7 Times Square
16th Floor
New York, NY 10036
Telephone:
Email: CalPlantInfo@Stretto.com

# **Exhibit 1**

| Exhibit 1 | | |
|---|---|---|
| Defendant | Adversary Case No. | Complaint Amount |
| A&M Transport, LLC | 23-50660 | $69,995.00 |
| Advanced Logistics & Distribution System, LLC | 23-50661 | $61,873.00 |
| AFCO Credit Corporation | 23-50662 | $24,186.96 |
| Airgas USA, LLC | 23-50663 | $17,247.25 |
| Allied Crane LLC | 23-50664 | $12,921.55 |
| Ananta USA, Inc | 23-50665 | $8,670.00 |
| Axiom Logistics, Inc | 23-50667 | $65,385.00 |
| BASF Corporation | 23-50668 | $188,636.00 |
| Baxter Welding & Fabrication, LLC | 23-50669 | $135,432.36 |
| Chem-Trend L.P. | 23-50729 | $219,552.94 |
| ClearFreight Inc. | 23-50730 | $10,205.13 |
| CNH Industrial Capital America LLC | 23-50731 | $14,040.44 |
| Columbia Water Technology LLC | 23-50732 | $15,159.65 |
| Composite Panel Association Inc. | 23-50733 | $11,840.00 |
| Compost Solutions, Inc. | 23-50675 | $219,782.00 |
| Creative Composition Inc. | 23-50676 | $7,993.37 |
| Direct Energy Services, LLC | 23-50677 | $490,252.14 |
| Empire Group Unlimited Inc | 23-50678 | $94,503.00 |
| Fastenal Company | 23-50679 | $34,922.69 |
| ASW Machinery, Inc., dba Felder USA | 23-50666 | $8,958.64 |
| Ferreira Water Service, Inc. | 23-50680 | $14,088.42 |
| Fluid Gauge Company | 23-50681 | $45,438.90 |
| Flynn's Welding & Machine Shop | 23-50682 | $11,350.20 |
| Forest Economic Advisors, LLC | 23-50683 | $10,000.00 |
| Gerlinger Steel & Supply Co. | 23-50684 | $26,152.17 |
| Gish Sherwood & Friends Inc. | 23-50685 | $179,896.88 |
| W.W. Grainger, Inc. | 23-50727 | $19,640.33 |
| Honor Logistics, LLC | 23-50686 | $133,250.00 |
| Hudson Saw And Tool LLC | 23-50687 | $10,942.00 |
| Huntsman Corporation | 23-50688 | $2,132,543.01 |
| Hydra Distribution & Rail Services, Inc. | 23-50689 | $37,916.00 |
| Industrial Finishes & Systems Inc. | 23-50690 | $309,415.61 |
| Industrial Projects Consulting LLC | 23-50691 | $15,400.00 |
| Jusda Supply Chain Management Corporation | 23-50692 | $61,657.37 |
| K & S Spreading & Hauling Inc. | 23-50693 | $390,588.98 |
| Kaman Industrial Technologies Corp. | 23-50694 | $33,660.23 |
| Kimball Midwest | 23-50695 | $19,564.34 |
| Leitz Tooling Systems LP | 23-50696 | $20,145.24 |
| Mccorkle Farms, Inc. | 23-50697 | $10,637.30 |
| Medina's Trucking, LLC | 23-50698 | $9,000.00 |
| Metcalf Construction Services, LLC | 23-50699 | $74,930.28 |

| | | |
|---|---|---|
| Morgan Trails Transport & Logistics LLC | 23-50728 | $15,110.00 |
| Motion Industries, Inc. | 23-50700 | $12,384.29 |
| N&S Tractor Co. | 23-50701 | $27,942.66 |
| New York Life Insurance Company | 23-50702 | $21,440.09 |
| North Coast Fabricators, Inc. | 23-50703 | $44,239.16 |
| Northern Logistics, Inc. | 23-50704 | $34,932.00 |
| O & M Industries | 23-50705 | $103,335.97 |
| Pacific Gas and Electric Company | 23-50706 | $1,711,208.35 |
| PNC Equipment Finance, LLC | 23-50707 | $23,419.52 |
| Premium Ag Services LLC | 23-50708 | $29,493.40 |
| Procore Technologies, Inc. | 23-50709 | $8,372.00 |
| Raven Logistics, Inc. | 23-50710 | $89,333.23 |
| Rexel, Inc. | 23-50711 | $9,731.83 |
| Runners Plus Inc. | 23-50712 | $55,690.00 |
| Samuel, Son & Co. | 23-50713 | $22,738.91 |
| Stiles Machinery Inc. | 23-50714 | $8,250.54 |
| Sunrise Ag Labor, Inc. | 23-50715 | $45,955.05 |
| TBA Construction | 23-50716 | $29,487.00 |
| Tetrad Services Inc. | 23-50717 | $7,948.49 |
| TP Trucking LLC | 23-50718 | $329,130.00 |
| Troy Farms Hay Sales & Delivery | 23-50719 | $117,937.31 |
| Uber Freight LLC | 23-50720 | $14,321.00 |
| United Rentals (North America), Inc. | 23-50722 | $50,399.23 |
| United Parcel Service, Inc. | 23-50721 | $8,225.56 |
| Valley Pacific Petroleum Services, Inc. | 23-50723 | $13,643.30 |
| Valmet, Inc. | 23-50724 | $62,381.27 |
| Walker Emulsions Inc. | 23-50725 | $153,708.30 |
| Williams Scotsman, Inc. | 23-50726 | $47,908.81 |

# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CalPlant I, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-11303 (JTD) |
| Lance Miller, Liquidating Director for the Liquidating Trust for CalPlant I, LLC,<br><br>Plaintiff,<br>v.<br><br>Defendants listed on Exhibit 1 attached hereto,<br><br>Defendants. | Adv. Proc. No. See Exhibit 1 hereto |

**ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY LIQUIDATING DIRECTOR PURSUANT TO SECTIONS 502, 547, 548, AND 550 OF THE BANKRUPTCY CODE**

Upon the *Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Liquidating Director Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code,* (the "Procedures Motion")[2] filed by Lance Miller, Liquidating Director (the "Plaintiff" or "Liquidating Director") for the Liquidating Trust (the "Liquidating Trust") for

1 Prior to the Effective Date of the Plan (each as defined below), the Debtors (defined below) in these chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, were as follows: CalPlant I Holdco, LLC (9804) and CalPlant I, LLC (1444). On September 29, 2023 (the "Effective Date"), the Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan Proposed by CalPlant I Holdco, LLC and CalPlant I, LLC [Case No. 21-11302 D.I. 726] went effective, and a Liquidating Trust was formed to manage the liquidation of the Debtors' estates and distributions in accordance with that plan. On October 2, 2023, the Court entered a final decree and order closing the chapter 11 case of CalPlant I Holdco, LLC (9804). Commencing on October 2, 2023, all motions, notices, and other pleadings relating to any of the Debtors shall be filed in the chapter 11 case of CalPlant I, LLC.

2 Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Procedures Motion.

CalPlant I, LLC, liquidating debtor (the "Debtor") in the above-captioned bankruptcy proceeding, by and through its counsel, for entry of a procedures order (the "Procedures Order") pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 7016, 7026 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 7016-1, 7016-2, and 9019-5 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), establishing streamlined procedures governing all adversary proceedings brought by Plaintiff under sections 502, 547, 548, and 550 of the Bankruptcy Code (each an "Avoidance Action," collectively, the "Avoidance Actions"); and this Court having jurisdiction to consider and determine the Procedures Motion as a core proceeding in accordance with 28 U.S.C. §§ 157, 1331 and 1334; and upon consideration of any objections; and it appearing that the relief requested by the Procedures Motion is necessary and in the best interests of the parties; and due notice of the Procedures Motion having been provided; and it appearing that no other or further notice of the Procedures Motion need be provided; and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Procedures Motion be, and hereby is, granted in all respects; and it is further

**ORDERED**, the procedures governing all parties to the Avoidance Actions are as follows:

**A. Effectiveness of the Procedures Order**

1. This Procedures Order approving the Procedures Motion shall apply to all Defendants in the Avoidance Actions set forth in **Exhibit 1** hereto.

2. This Order will not alter, affect or modify the rights of Defendants to seek a jury trial or withdraw the reference, or otherwise move for a determination regarding whether the Court has authority to enter a final judgment, or make a report and recommendation, in an adversary proceeding under 28 U.S.C. § 157, and all such rights of the Defendants shall be preserved unless otherwise agreed to in a responsive pleading.

**B. Extensions to Answer or File Other Responsive Pleading to the Complaint**

3. The time to file an answer or other responsive pleading to a complaint filed in an Avoidance Action shall be extended by 60 days such that an answer or other responsive pleading is due within 90 days after the issuance of the summons rather than 30 days after the issuance of the summons.

**C. Waiver of Requirement to Conduct Pretrial Conference**

4. Federal Rule of Civil Procedure 16, made applicable herein pursuant to Bankruptcy Rule 7016 and Local Rules 7004-2 and 7016-1 (i.e., pretrial conferences), is hereby waived and not applicable with respect to the Avoidance Actions. Neither the Plaintiff nor any Defendant shall be required to appear at the initial pretrial conference, including any pretrial originally scheduled for December 19, 2023, or any subsequently scheduled pretrial conferences.

**D. Waiver of Requirement to Conduct Scheduling Conference**

5. Federal Rule of Civil Procedure 26(f), made applicable herein pursuant to Bankruptcy Rule 7026 (mandatory meeting before scheduling conference/ discovery plan), is hereby waived and is not applicable to the Avoidance Actions. Thus, the parties to the Avoidance Actions shall not be required to submit a written report as may otherwise be required under Federal Rule of Civil Procedure 26(f).

**E. Discovery, Mediation, and Dispositive Motion Schedule**

6. The parties' obligation to conduct formal discovery in each Avoidance Action shall be, and hereby is, stayed until the mediation process is concluded; provided that the stay of formal discovery shall in no way preclude, with respect to any Avoidance Action, the Plaintiff and applicable Defendant from informally exchanging documents and information in an attempt to resolve such Avoidance Action in advance of, or during, the mediation process.

7. Any open Avoidance Actions that have not been resolved and/or settled by March 15, 2024 (the "Remaining Avoidance Actions"), shall be referred to mediation.

8. Between March 18, 2024 and April 1, 2024, Defendants in the Remaining Avoidance Actions shall choose a mediator from the list of proposed mediators (each a "Mediator," collectively, the "Mediators") qualified to handle these types of Avoidance Actions and listed on the Register of Mediators and Arbitrators Pursuant to Local Rule 9019-4 (the "Mediator List"), attached to the Procedures Motion as **Exhibit D**. Concurrently, Defendants in the Remaining Avoidance Actions shall notify Plaintiff's counsel of the Defendant's choice of Mediator by contacting Mary Augustine, in writing, *via* email at meg@saccullolegal.com with a copy to info@stretto.com. If a Defendant in a Remaining Avoidance Action does not timely choose a Mediator from the Mediator List and notify Plaintiff's counsel of the same, Plaintiff will assign such Remaining Avoidance Action to one of the Mediators from the Mediator List.

9. Upon notification of such selection or assignment, the selected Mediator shall have an opportunity to run conflicts checks on the Defendant(s) and, in the event of a conflict, may abstain from the particular mediation.

10. On April 5, 2024, Plaintiff, working with the Mediators, will commence scheduling mediations. Each Mediator will provide to Plaintiff the dates on which the Mediator is available for mediation and the parties shall cooperate with the Mediators and each other regarding the scheduling of mediations. Plaintiff's counsel shall contact Defendant or Defendant's counsel with a list of proposed dates for mediation provided by the mediator. Mediation will then be scheduled on a first-come, first-served basis.

11. Plaintiff will give at least 21 days written notice of the first date, time, and place of the mediation in each Remaining Avoidance Action (the "Mediation Notice"), which notice shall be filed on the docket of such proceeding.

12. Within 7 calendar days after the conclusion of the mediation, the Mediator shall file a report (the "Mediator's Report") in the Remaining Avoidance Action, which shall be limited to stating only whether the Remaining Avoidance Action settled or did not settle.

13. All mediations of the Remaining Avoidance Actions must be concluded by July 31, 2024.

14. Any open Avoidance Actions shall be required to provide the disclosures required under Rule Federal Rule of Civil Procedure 26(a)(1), as incorporated by Bankruptcy Rule 7026 (the "Initial Disclosures") on or before August 9, 2024.

15. All written interrogatories, document requests and requests for admission, if any, may be served upon the adverse party any time after the Mediator's Report is filed. All written interrogatories, document requests and requests for admission, if any, must be served upon the adverse party no later than August 30, 2024. Local Rule 7026-2(b)(ii) shall be modified to allow the counsel for Plaintiff and each Defendant serving the discovery request or response to be the custodian of such discovery material.

16. The parties to the Avoidance Actions shall have through and including September 30, 2024 to complete non-expert fact discovery, including depositions of fact witnesses.

17. The standard provisions of Federal Rule of Civil Procedure 33, made applicable herein pursuant to Bankruptcy Rule 7033, shall apply to the Avoidance Actions.

18. The standard provisions of Federal Rule of Civil Procedure 34, made applicable herein pursuant to Bankruptcy Rule 7034, including F.R.C.P. 34(b)(2)(E) regarding production of electronically stored information and Local Rule 7026-3, shall apply to the Avoidance Actions.

19. The standard provisions of Federal Rule of Civil Procedure 36, made applicable herein pursuant to Bankruptcy Rule 7036, shall apply to the Avoidance Actions.

20. Should a discovery dispute arise, the complainant shall file with the Court a letter outlining said issues and forward a copy to chambers. Respondent must reply within two (2) business days. The letter, excluding exhibits, shall be no longer than two (2) pages. The Court shall then inform the parties if it will require a conference call or formal motion.

21. Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports of a) the parties for any issue on which they bear the burden of proof (including any report by Plaintiff on insolvency *solely* to the extent Plaintiff is still pursuing a section 548 count after the completion of mediation) and b) if Defendant intends to provide expert testimony regarding insolvency of the Debtors, such expert reports, if any, shall be made to the adverse party on or before October 31, 2024.

22. Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures, and reports a) of the parties' rebuttal experts, and b) to the extent Plaintiff is *not* pursuing a section 548 count after mediation, Plaintiff's report on the insolvency of the Debtors, if any, shall be made to the adverse party on or before November 29, 2024.

23. All expert discovery, including expert witness depositions, shall be concluded on or before December 31, 2024.

24. The standard provisions of Federal Rule of Civil Procedure 26(e), made applicable herein pursuant to Bankruptcy Rule 7026, shall apply to the Avoidance Actions with respect to supplementation of discovery responses.

25. All dispositive motions shall be filed and served by January 31, 2025. The Local Rules governing dispositive motions in adversary proceedings, including Local Rules 7007-1 – 7007-4, shall apply.

**F. Mediation Procedures and Requirements**

26. Because the Remaining Avoidance Actions are proceedings before this Court, Delaware is the proper forum for mediation, except as follows (a) as agreed to by the parties or directed by the mediator, including to hold mediations *via* video conference using zoom or other compatible software; or (b) in Remaining Avoidance Actions where the Plaintiff seeks to recover the gross amount of $50,000 or less, such mediations shall be held *via* video conference to minimize administrative costs to all parties. Local Rule 9019-5 and the Court's mediation order, Delaware Bankruptcy Court General Order re Procedures in Adversary Proceedings, dated April 7, 2004, as amended April 11, 2005 (establishing mediation procedures for all adversary proceedings), shall govern the mediations, except as otherwise set forth herein.

27. The Mediators shall be required to file disclosures prior to the scheduling of mediation. Local Rule 9019-2(e)(iii)(B) shall apply.

28. The parties in each Remaining Avoidance Action will participate in the mediation, as scheduled and presided over by the chosen Mediator, in good faith and with a view toward reaching a consensual resolution. At least one *counsel for each party and a representative of each party having full settlement authority* shall attend the mediation in person or by videoconference. Should a dispute arise regarding a Mediator's decision on whether to allow a party representative to appear *via* video rather than in person, a party may apply to the Court, in advance of the mediation, by sending a letter outlining said issues to chambers. The Court may then schedule a conference call to address the issues.

29. The Mediator will preside over the mediation with full authority to determine the nature and order of the parties' presentations, and the rules of evidence will not apply. Each Mediator may implement additional procedures which are reasonable and practical under the circumstances.

30. The Mediator may require the parties to provide to the Mediator any relevant papers and exhibits, a statement of position, and a settlement proposal. In the Mediator's discretion, upon notice (which need not be filed), the Mediator may adjourn a mediation or move a mediation to a different location within the same jurisdiction. The Mediator may also continue a mediation that has been commenced if the Mediator determines that a continuation is in the best interest of the parties.

31. The parties must participate in the scheduling of mediation and mediate in good faith. If the mediator feels that a party to the mediation is not attempting to schedule or resolve the mediation in good faith, the mediator may file a report with the Court. The Court may, without need for further motion by any party, schedule a hearing. If the Court determines that the party is not cooperating in good faith with the mediation procedures, the Court may consider the imposition of sanctions. Additionally, if either party to the mediation is not attempting to schedule or resolve the mediation in good faith, the opposite party may file a motion for sanctions with the Court. Litigation with respect to the issuance of sanctions shall not delay the commencement of the mediation. Sanctions may include, but are not limited to, attorney's fees and costs and Mediator's fees.

32. Upon notice and a hearing, a party's failure to appear at the mediation or otherwise comply with the Procedures Order with respect to mediation, may result in a default judgment or dismissal being obtained against the party failing to comply with the mediation provisions. The Mediator shall promptly file a notice with the Court when any party fails to comply with the mediation provisions set forth in the Procedures Order.

33. The Mediator's fees shall be paid by the Plaintiff. Plaintiff shall pay the Mediator a $250.00 administrative fee (the "Administrative Fee") upon acceptance of appointment. The Mediator's mediation fees shall be fixed at:

(a) Cases with a claim amount as reflected in the complaint of less than $75,000: $3,000;

(b) Cases with a claim amount as reflected in the complaint of between $75,000 and $125,000: $4,000;

(c) Cases with a claim amount as reflected in the complaint of between $125,000 and $300,000: $5,000;

(d) Cases with a claim amount as reflected in the complaint of over $300,000: $6,000;

(e) Cases with a claim amount as reflected in the complaint of over $1,000,000: $7,000.

34. Mediation that is continued for more than one calendar day will be continued on an hourly fee basis at the rate of $500.00 per hour to be paid by the Plaintiff.

35. Defendants that have multiple Avoidance Actions in the underlying bankruptcy cases against them may mediate all related Avoidance Actions at one time and, in such event, the Mediation Fee shall be based upon the combined total claim amount for all related Avoidance Actions.

36. Mediation statements are due 7 calendar days prior to the mediation to the Mediator. Unless otherwise directed by the Mediator, the mediation statements shall be shared with the opposing party, except that any party that has confidential information may share the same solely with the Mediator. The Mediator will direct the parties as to further instructions regarding the mediation statements.

37. Without the prior consent of both parties, no Mediator shall mediate a case in which he/she or his/her law firm represents a party. If a Mediator's law firm represents any Defendant in the Avoidance Actions, then: (a) the Mediator shall not personally participate in the representation of that Defendant; (b) the law firm shall notate the file to indicate that the Mediator shall have no access to it; and (c) any discussions concerning the particular Avoidance Action by employees of the law firm shall exclude the Mediator. The Mediator's participation in mediation pursuant to the Procedures Order shall not create a conflict of interest with respect to the representation of such Defendants by the Mediator's law firm.

38. The Mediator shall not be called as a witness by any party except as set forth in this paragraph. No party shall attempt to compel the testimony of, or compel the production of documents from, the Mediators or the agents, partners, or employees of their respective law firms. Neither the Mediators nor their respective agents, partners, law firms or employees (a) are necessary parties in any proceeding relating to the mediation or the subject matter of the mediation, nor (b) shall be liable to any party for any act or omission in connection with any mediation conducted under the Procedures Order. Any documents provided to the Mediator by the parties shall be destroyed 30 days after the filing of the Mediator's Report, unless the Mediator is otherwise ordered by the Court. However, subject to court order, a Mediator may

be called as witness by any party and may be compelled to testify on a limited basis in proceedings where it is alleged that a party failed to comply with mediation as is required in the foregoing paragraphs of this Procedures Order. Local Rule 9019-5(d) shall apply.

39. All proceedings and writings incident to the mediation shall be privileged and confidential and shall not be reported or placed in evidence. Local Rule 9019-(5)(d) shall apply.

**G. Avoidance Action Hearings**

40. The initial pretrial conference scheduled for December 19, 2023 at 1:00 p.m. (ET) shall be deemed waived. Thereafter, except as otherwise ordered by the Court, the pretrial conference shall be adjourned to future date(s), if any, as properly noticed.

41. If, after all discovery has been completed in an Avoidance Action and mediation has concluded but was not successful, and any issues of fact or law remain after dispositive motions, if any, have been decided, the parties to the applicable Avoidance Action shall so inform the Court. At the next scheduled omnibus hearing or at such other date convenient to the Court, the Court will address additional issues arising subsequent to the Procedures Order, set additional deadlines, if necessary, establish a due date by which the parties must file a joint pretrial order, and schedule a trial on the Avoidance Action that is convenient to the Court's calendar.

**H. Miscellaneous**

42. The Local Rules for the United States Bankruptcy Court for the District of Delaware shall apply, except that the Procedures Order shall control with respect to the Avoidance Actions to the extent of any conflict with other applicable rules and orders.

43. The deadlines and/or provisions contained in the Procedures Order may be extended and/or modified by the Court upon written motion and for good cause shown or consent of the parties pursuant to stipulation, which stipulation needs to be filed with the Court; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 6th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

| Exhibit 1 | | |
|---|---|---|
| Defendant | Adversary Case No. | Complaint Amount |
| A&M Transport, LLC | 23-50660 | $69,995.00 |
| Advanced Logistics & Distribution System, LLC | 23-50661 | $61,873.00 |
| AFCO Credit Corporation | 23-50662 | $24,186.96 |
| Airgas USA, LLC | 23-50663 | $17,247.25 |
| Allied Crane LLC | 23-50664 | $12,921.55 |
| Ananta USA, Inc | 23-50665 | $8,670.00 |
| Axiom Logistics, Inc | 23-50667 | $65,385.00 |
| BASF Corporation | 23-50668 | $188,636.00 |
| Baxter Welding & Fabrication, LLC | 23-50669 | $135,432.36 |
| Chem-Trend L.P. | 23-50729 | $219,552.94 |
| ClearFreight Inc. | 23-50730 | $10,205.13 |
| CNH Industrial Capital America LLC | 23-50731 | $14,040.44 |
| Columbia Water Technology LLC | 23-50732 | $15,159.65 |
| Composite Panel Association Inc. | 23-50733 | $11,840.00 |
| Compost Solutions, Inc. | 23-50675 | $219,782.00 |
| Creative Composition Inc. | 23-50676 | $7,993.37 |
| Direct Energy Services, LLC | 23-50677 | $490,252.14 |
| Empire Group Unlimited Inc | 23-50678 | $94,503.00 |
| Fastenal Company | 23-50679 | $34,922.69 |
| ASW Machinery, Inc., dba Felder USA | 23-50666 | $8,958.64 |
| Ferreira Water Service, Inc. | 23-50680 | $14,088.42 |
| Fluid Gauge Company | 23-50681 | $45,438.90 |
| Flynn's Welding & Machine Shop | 23-50682 | $11,350.20 |
| Forest Economic Advisors, LLC | 23-50683 | $10,000.00 |
| Gerlinger Steel & Supply Co. | 23-50684 | $26,152.17 |
| Gish Sherwood & Friends Inc. | 23-50685 | $179,896.88 |
| W.W. Grainger, Inc. | 23-50727 | $19,640.33 |
| Honor Logistics, LLC | 23-50686 | $133,250.00 |
| Hudson Saw And Tool LLC | 23-50687 | $10,942.00 |
| Huntsman Corporation | 23-50688 | $2,132,543.01 |
| Hydra Distribution & Rail Services, Inc. | 23-50689 | $37,916.00 |
| Industrial Finishes & Systems Inc. | 23-50690 | $309,415.61 |
| Industrial Projects Consulting LLC | 23-50691 | $15,400.00 |
| Jusda Supply Chain Management Corporation | 23-50692 | $61,657.37 |
| K & S Spreading & Hauling Inc. | 23-50693 | $390,588.98 |
| Kaman Industrial Technologies Corp. | 23-50694 | $33,660.23 |
| Kimball Midwest | 23-50695 | $19,564.34 |
| Leitz Tooling Systems LP | 23-50696 | $20,145.24 |
| Mccorkle Farms, Inc. | 23-50697 | $10,637.30 |
| Medina's Trucking, LLC | 23-50698 | $9,000.00 |
| Metcalf Construction Services, LLC | 23-50699 | $74,930.28 |

| | | |
|---|---|---|
| Morgan Trails Transport & Logistics LLC | 23-50728 | $15,110.00 |
| Motion Industries, Inc. | 23-50700 | $12,384.29 |
| N&S Tractor Co. | 23-50701 | $27,942.66 |
| New York Life Insurance Company | 23-50702 | $21,440.09 |
| North Coast Fabricators, Inc. | 23-50703 | $44,239.16 |
| Northern Logistics, Inc. | 23-50704 | $34,932.00 |
| O & M Industries | 23-50705 | $103,335.97 |
| Pacific Gas and Electric Company | 23-50706 | $1,711,208.35 |
| PNC Equipment Finance, LLC | 23-50707 | $23,419.52 |
| Premium Ag Services LLC | 23-50708 | $29,493.40 |
| Procore Technologies, Inc. | 23-50709 | $8,372.00 |
| Raven Logistics, Inc. | 23-50710 | $89,333.23 |
| Rexel, Inc. | 23-50711 | $9,731.83 |
| Runners Plus Inc. | 23-50712 | $55,690.00 |
| Samuel, Son & Co. | 23-50713 | $22,738.91 |
| Stiles Machinery Inc. | 23-50714 | $8,250.54 |
| Sunrise Ag Labor, Inc. | 23-50715 | $45,955.05 |
| TBA Construction | 23-50716 | $29,487.00 |
| Tetrad Services Inc. | 23-50717 | $7,948.49 |
| TP Trucking LLC | 23-50718 | $329,130.00 |
| Troy Farms Hay Sales & Delivery | 23-50719 | $117,937.31 |
| Uber Freight LLC | 23-50720 | $14,321.00 |
| United Rentals (North America), Inc. | 23-50722 | $50,399.23 |
| United Parcel Service, Inc. | 23-50721 | $8,225.56 |
| Valley Pacific Petroleum Services, Inc. | 23-50723 | $13,643.30 |
| Valmet, Inc. | 23-50724 | $62,381.27 |
| Walker Emulsions Inc. | 23-50725 | $153,708.30 |
| Williams Scotsman, Inc. | 23-50726 | $47,908.81 |

# **Exhibit B**

**Exhibit B**
**Served via First Class Mail**

| Defendant | Address1 | Address2 | Address3 | City | State | Zip | Adversary_Number |
|---|---|---|---|---|---|---|---|
| A&M Transport, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | PO Box 310 | | Glendale | OR | 97442 | 23-50660 |
| A&M Transport, LLC | Attn: Andrew M. Owens | 6521 Azalea Glen Road | | Glendale | OR | 97442 | 23-50660 |
| Advanced Logistics & Distribution System, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4342 Dudley Blvd. | | McClellan Park | CA | 95652 | 23-50661 |
| Advanced Logistics & Distribution System, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4318 Dudley Blvd., | #F | McClellan | CA | 95652 | 23-50661 |
| AFCO Credit Corporation | c/o Corporation Service Company | 1100 SW Wanamaker Rd., | Suite 103 | Topeka | KS | 66604 | 23-50662 |
| AFCO Credit Corporation | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4501 College Boulevard, | Suite 320 | Leawood | KS | 66211 | 23-50662 |
| AFCO Credit Corporation | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50662 |
| Airgas USA, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 709 Orange Street | | Chico | CA | 95928 | 23-50663 |
| Airgas USA, LLC | c/o CT Corporation System | 330 N Brand Blvd, | Ste 700 | Glendale | CA | 91203 | 23-50663 |
| Airgas USA, LLC | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50663 |
| Allied Crane LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 855 N. Parkside Dr | | Pittsburg | CA | 94565 | 23-50664 |
| Allied Crane LLC | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50664 |
| Ananta USA, Inc | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4331 W Santa Ana Ave. | | Fresno | CA | 93722 | 23-50665 |
| Ananta USA, Inc | Attn: Jose Martinez-Fresneda | 4323 W Santa Ana Ave. | | Fresno | CA | 93722 | 23-50665 |
| ASW Machinery, Inc., dba Felder USA | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 2 Likens Drive, | Suite 100 | New Castle | DE | 19720 | 23-50666 |
| ASW Machinery, Inc., dba Felder USA | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50666 |
| Axiom Logistics, Inc | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P.O. Box 1656 | | Lolo | MT | 59847 | 23-50667 |
| Axiom Logistics, Inc | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 100 Tyler Way, | Suite C | Lolo | MT | 59847 | 23-50667 |
| Axiom Logistics, Inc | Attn: Brian May | 935 US HWY 93 N., | Suite 2 | Victor | MT | 59875 | 23-50667 |
| Axiom Logistics, Inc | c/o Business Filings Incorporated, | 108 West 13th St. | | Wilmington | DE | 19801 | 23-50667 |
| BASF Corporation | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 100 Park Avenue | | Florham Park | NJ | 07932 | 23-50668 |
| BASF Corporation | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50668 |
| Baxter Welding & Fabrication, LLC | Attn: Misty J Baxter | 8 Dorr Lane | | Oroville | CA | 95966 | 23-50669 |
| Chem-Trend L.P. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1445 W. McPherson Park Drive | | Howell | MI | 48843 | 23-50729 |
| Chem-Trend L.P. | Attn: Pelio Corporation | 47774 W Anchor Ct. | | Plymouth | MI | 48170 | 23-50729 |
| Chem-Trend L.P. | c/o CSC - Lawyers Incorporating Service (Company) | 3410 Belle Chase Way, | Ste 600 | Lansing | MI | 48911 | 23-50729 |
| ClearFreight Inc. | Attn: Peter D Von Geusau | 1960 E. Grand Avenue, | Suite 700 | El Segundo | CA | 90245 | 23-50730 |
| CNH Industrial Capital America LLC | c/o The Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50731 |
| CNH Industrial Capital America LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | PO Box 71264 | | Philadelphia | PA | 19176 | 23-50731 |
| CNH Industrial Capital America LLC | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50731 |
| Columbia Water Technology LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P O Box 549 | | Ridgefield | WA | 98642 | 23-50732 |
| Columbia Water Technology LLC | Attn: Registered or Authorized Agent | 2700 W. Firestone Ln. | | Vancouver | WA | 98660 | 23-50732 |
| Composite Panel Association Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 19465 Deerfield Avenue, | Suite 306 | Leesburg | VA | 20176 | 23-50733 |
| Composite Panel Association Inc. | Attn: Registered or Authorized Agent | 4701 Cox Rd., | Ste 285 | Glenn Allen | VA | 23060 | 23-50733 |
| Compost Solutions, Inc. | Attn: Gary Lee Foster | 4446 County Road N | | Orland | CA | 95963 | 23-50675 |
| Creative Composition Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 396 E Park Ave. | | Chico | CA | 95928 | 23-50676 |
| Creative Composition Inc. | Attn: Keith Arlan Hendry | 25 A St. | | Orland | CA | 95963 | 23-50676 |
| Direct Energy Services, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P.O. Box 32179 | | New York | NY | 10087 | 23-50677 |
| Direct Energy Services, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1001 Liberty Ave. | | Pittsburgh | PA | 15222 | 23-50677 |
| Direct Energy Services, LLC | Attn: Registered or Authorized Agent | 263 Tresser Blvd., | 8th Floor | Stamford | PA | 06901 | 23-50677 |
| Direct Energy Services, LLC | c/o Corporation Trust Company, | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | 23-50677 |
| Empire Group Unlimited Inc | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | PO Box 8097 | | Red Bluff | CA | 96080 | 23-50678 |
| Empire Group Unlimited Inc | Attn: Ryan Braun | 408 Pine Street | | Red Bluff | CA | 96080 | 23-50678 |
| Fastenal Company | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P.O. Box 1286 | | Winona | MN | 55987 | 23-50679 |
| Fastenal Company | Attn: Daniel L. Florness | 2001 Theurer Blvd. | | Winona | MN | 55987 | 23-50679 |
| Fastenal Company | Attn: Registered or Authorized Agent | 2345 Rice Street, | Suite 230 | Roseville | MN | 55113 | 23-50679 |
| Fastenal Company | c/o Corporation Service Company, | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50679 |
| Ferreira Water Service, Inc. | Attn: Douglas B. Ferreira | 13200 Hosler Avenue | | Chico | CA | 95973 | 23-50680 |
| Fluid Gauge Company | Attn: Caroline Penny Peterson | 485 Cabot Road | | South San Francisco | CA | 94080 | 23-50681 |
| Fluid Gauge Company | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 65 Forman Ave. | | South San Francisco | CA | 94124 | 23-50681 |
| Flynn's Welding & Machine Shop | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 6850 Highway 32 | | Orland | CA | 95963 | 23-50682 |
| Forest Economic Advisors, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 298 Great Road, | Suite 1 | Littleton | MA | 01460 | 23-50683 |
| Forest Economic Advisors, LLC | Attn: Frederic J. Marx | 60 State Street | | Boston | MA | 02109 | 23-50683 |
| Forest Economic Advisors, LLC | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50683 |
| Gerlinger Steel & Supply Co. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1527 Sacramento Street | | Redding | CA | 96001 | 23-50684 |
| Gish Sherwood & Friends Inc. | Attn: Jeffrey R. Lipscomb | 209 10th Ave South, | Suite 222 | Nashville | TN | 37203 | 23-50685 |
| Honor Logistics, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1109 SE 16th Ave, | Ste F #538 | Canby | OR | 97013 | 23-50686 |
| Honor Logistics, LLC | c/o Northwest Registered Agent LLC | 2355 State Street, | Suite 101 | Salem | OR | 97301 | 23-50686 |
| Hudson Saw And Tool LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 2919 N Pacific Hwy | | Medford | OR | 97501 | 23-50687 |
| Hudson Saw And Tool LLC | Attn: Thaddeus G Pauck | 300 Crater Lake Ave., | Ste 202 | Medford | OR | 97504 | 23-50687 |
| Huntsman Corporation | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 10003 Woodloch Forest Drive | | The Woodlands | TX | 77380 | 23-50688 |
| Huntsman Corporation | c/o Corporation Service Company dba CSC - Lawyers Incorporating Service Company | 211 E. 7th Street, | Suite 620 | Austin | TX | 78701 | 23-50688 |
| Huntsman Corporation | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50688 |
| Hydra Distribution & Rail Services, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4877 Parker Ave., | Bld 783R | McClellan | CA | 95652 | 23-50689 |
| Hydra Distribution & Rail Services, Inc. | Attn: William Bernard | 1624 Santa Clara Dr., | Suite 210 | Roseville | CA | 95661 | 23-50689 |

**Exhibit B**

**Served via First Class Mail**

| Defendant | Address1 | Address2 | Address3 | City | State | Zip | Adversary_Number |
|---|---|---|---|---|---|---|---|
| Industrial Finishes & Systems Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 3455W 1st Ave | | Eugene | OR | 97402 | 23-50690 |
| Industrial Finishes & Systems Inc. | c/o Corporation Service Company | 1127 Broadway St NE, | Ste 310 | Salem | OR | 97301 | 23-50690 |
| Industrial Projects Consulting LLC | Attn: Carol Lindsey Persinger | 540 C Ave | | Lake Oswego | OR | 97034 | 23-50691 |
| Jusda Supply Chain Management Corporation | Attn: Jack Chang | 21860 Baker Parkway | | City of Industry | CA | 91789 | 23-50692 |
| Jusda Supply Chain Management Corporation | Attn: Registered or Authorized Agent | 21700 Copley Drive, | Suite 100 | Diamond Bar | CA | 91765 | 23-50692 |
| K & S Spreading & Hauling Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 24790 Clark Ave | | Orland | CA | 95963 | 23-50693 |
| K & S Spreading & Hauling Inc. | Attn: Steven B. McCarthy | 100 Rio Street | | Red Bluff | CA | 96080 | 23-50693 |
| Kaman Industrial Technologies Corp. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 2145 Park Avenue, | Suite #8 | Chico | CA | 95928 | 23-50694 |
| Kaman Industrial Technologies Corp. | c/o United Agent Group Inc. | 3411 Silverside Road, | Tatnall Building #104 | Wilmington | DE | 19810 | 23-50694 |
| Kimball Midwest | c/o Midwest Motor Supply Co., Registered Agent | 4800 Roberts Road | | Columbus | OH | 43228 | 23-50695 |
| Leitz Tooling Systems LP | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4301 East Paris S.E. | | Grand Rapids | MI | 49512 | 23-50696 |
| Leitz Tooling Systems LP | c/o CSC - Lawyers Incorporating Service (Company) | 601 Abbot Road | | East Lansing | MI | 48823 | 23-50696 |
| Leitz Tooling Systems LP | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50696 |
| Mccorkle Farms, Inc. | Attn: Jeromy E. Geiger | 2470 CO. RD. WW | | GLENN | CA | 95943 | 23-50697 |
| Medina's Trucking, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 6592 County Road 20 | | Orland | CA | 95963 | 23-50698 |
| Metcalf Construction Services, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | PO Box 35 | | Silver Creek | WA | 98585 | 23-50699 |
| Metcalf Construction Services, LLC | Attn: Kevin Adams | 4918 Lerch Road | | Snohomish | WA | 98290 | 23-50699 |
| Morgan Trails Transport & Logistics LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | PO Box 13462 | | Mill Creek | WA | 98082 | 23-50728 |
| Morgan Trails Transport & Logistics LLC | Attn: Registered or Authorized Agent | 1400 112th Ave. SE., | Suite 100 | Bellevue | WA | 98004 | 23-50728 |
| Motion Industries, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 2700 Hegan Lane 168 | | Chico | CA | 95928 | 23-50700 |
| Motion Industries, Inc. | Attn: Registered or Authorized Agent | 2145 Park Ave., | Suite #8 | Chico | CA | 95928 | 23-50700 |
| Motion Industries, Inc. | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50700 |
| N&S Tractor Co. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P O Box 120 | | Colusa | CA | 95932 | 23-50701 |
| N&S Tractor Co. | Attn: Registered or Authorized Agent | 600 S. Hwy 59. | | Merced | CA | 95311 | 23-50701 |
| N&S Tractor Co. | Attn: Registered or Authorized Agent | 1960 Highway 20 | | Colusa | CA | 95932 | 23-50701 |
| New York Life Insurance Company | Attn: Registered or Authorized Agent | 51 Madison Avenue | | New York | NY | 10010 | 23-50702 |
| New York Life Insurance Company | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P O Box 742545 | | Cincinnati | OH | 45274 | 23-50702 |
| New York Life Insurance Company | c/o Corporation Trust Company | Corporation Trust Center, | 1209 Orange Street | Wilmington | DE | 19801 | 23-50702 |
| North Coast Fabricators, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4801 West End Road | | Arcata | CA | 95521 | 23-50703 |
| Northern Logistics, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4915 E Colonville Road | | Clare | MI | 48617 | 23-50704 |
| Northern Logistics, Inc. | Attn: Steve Schunk | PO Box 650 | | Clare | MI | 48617 | 23-50704 |
| Northern Logistics, Inc. | c/o The Company Corporation | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50704 |
| O & M Industries | Attn: Robert McBeth | 5901 Ericson Way | | Arcata | CA | 95521 | 23-50705 |
| Pacific Gas and Electric Company | c/o Tax Department | 77 Beale Street, MC: B12G, | | San Francisco | CA | 94105 | 23-50706 |
| Pacific Gas and Electric Company | c/o Corporation Service Company dba California CSC - Lawyers Incorporating Service | 2710 Gateway Oaks Dr., | Suite 150N | Sacramento | CA | 95833 | 23-50706 |
| PNC Equipment Finance, LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 655 Business Center Drive, | Suite 250 | Horsham | PA | 19044 | 23-50707 |
| PNC Equipment Finance, LLC | Attn: Registered or Authorized Agent | 300 Fifth Avenue | | Pittsburgh | PA | 15222 | 23-50707 |
| Premium Ag Services LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1282 Stabler Lane Suite, | # 630-373 | Yuba City | CA | 95993 | 23-50708 |
| Premium Ag Services LLC | c/o LegalZoom.com, Inc., Registered Agent | 101 N. Brand Blvd., | 11th Floor | Glendale | CA | 91203 | 23-50708 |
| Premium Ag Services LLC | c/o The Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50708 |
| Procore Technologies, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 6309 Carpinteria Avenue | | Carpinteria | CA | 93013 | 23-50709 |
| Procore Technologies, Inc. | c/o Corporation Service Company dba California CSC - Lawyers Incorporating Service | 2710 Gateway Oaks Dr., | Suite 150N | Sacramento | CA | 95833 | 23-50709 |
| Procore Technologies, Inc. | c/o The Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50709 |
| Raven Logistics, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 9015 Strada Stell Ct | | Naples | FL | 34109 | 23-50710 |
| Raven Logistics, Inc. | Attn: Duane Kuzak | 15524 Monterosso Lane, | Unit 101 | Naples | FL | 34110 | 23-50710 |
| Rexel, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 14951 Dallas Pkwy | | Dallas | TX | 75254 | 23-50711 |
| Rexel, Inc. | c/o Prentice Hall Corporation System | 211 E. 7th Street, | Suite 620 | Austin | TX | 78701 | 23-50711 |
| Rexel, Inc. | c/o The Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50711 |
| Runners Plus Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 3007 Anderson Ave | | Klamath Falls | OR | 97603 | 23-50712 |
| Runners Plus Inc. | Attn: Mary Elizabeth Duran | 1879 Leroy St. | | Klamath Falls | OR | 97601 | 23-50712 |
| Samuel, Son & Co. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 623 Fisher Rd | | Longview | TX | 75604 | 23-50713 |
| Samuel, Son & Co. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1900 Ironoak Way | | Oakville | ON | L6H0N1, Canada | 23-50713 |
| Stiles Machinery Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 3965 44th SE | | Grand Rapids | MI | 49512 | 23-50714 |
| Sunrise Ag Labor, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 436 Colusa Ave | | Yuba City | CA | 95991 | 23-50715 |
| Sunrise Ag Labor, Inc. | Attn: Kami Bath | 2094 Westminster Dr. | | Yuba City | CA | 95991 | 23-50715 |
| TBA Construction | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 911 Washington Street | | Willows | CA | 98926 | 23-50716 |
| Tetrad Services Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 960 Diamond Ave | | Red Bluff | CA | 96080 | 23-50717 |
| Tetrad Services Inc. | Attn: Steven B. McCarthy | 100 Rio Street | | Red Bluff | CA | 96080 | 23-50717 |
| TP Trucking LLC | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 5630 Table Rock Road | | Central Point | OR | 97502 | 23-50718 |
| TP Trucking LLC | Attn: Registered or Authorized Agent | 305 South 4th Street | | Springfield | OR | 97477 | 23-50718 |
| Troy Farms Hay Sales & Delivery | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 1554 Hwy 70 | | Oroville | CA | 65965 | 23-50719 |
| Uber Freight LLC | c/o Corporation Trust Center | 1209 Orange Street | | Wilmington | DE | 19801 | 23-50720 |
| United Parcel Service, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P.O. Box 894820 | | Los Angeles | CA | 90189 | 23-50721 |
| United Parcel Service, Inc. | Attn: Registered or Authorized Agent | 2710 Gateway Oaks Drive | | Sacramento | CA | 95833 | 23-50721 |
| United Parcel Service, Inc. | Attn: Registered or Authorized Agent | 55 Glenlake Parkway NE | | Atlanta | GA | 30328 | 23-50721 |

**Exhibit B**
**Served via First Class Mail**

| Defendant | Address1 | Address2 | Address3 | City | State | Zip | Adversary_Number |
|---|---|---|---|---|---|---|---|
| United Parcel Service, Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50721 |
| United Rentals (North America), Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | File 51122 | | Los Angeles | CA | 90074 | 23-50722 |
| United Rentals (North America), Inc. | Attn: Registered or Authorized Agent | 100 First Stamford Place, | Suite 700 | Stamford | CA | 06902 | 23-50722 |
| United Rentals (North America), Inc. | Attn: Registered or Authorized Agent | 9606 East Firestone Blvd. | | Downey | CA | 90241 | 23-50722 |
| United Rentals (North America), Inc. | Attn: Registered or Authorized Agent | 2710 Gateway Oaks Drive | | Sacramento | CA | 95833 | 23-50722 |
| United Rentals (North America), Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50722 |
| Valley Pacific Petroleum Services, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 152 Frank West Circle, | Suite 100 | Stockton | CA | 95206 | 23-50723 |
| Valley Pacific Petroleum Services, Inc. | Attn: Nathan Eugen Crum | 188-A Frank West Circle | | Stockton | CA | 95206 | 23-50723 |
| Valmet, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 405 Wilmont Drive | | Waukesha | WI | 53153 | 23-50724 |
| Valmet, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 831 Progress Avenue | | Waukesha | WI | 53186 | 23-50724 |
| Valmet, Inc. | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | 23-50724 |
| W.W. Grainger, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 3691 Industrial Blvd. | | West Sacramento | CA | 95691 | 23-50727 |
| W.W. Grainger, Inc. | Attn: Registered or Authorized Agent | 100 Grainger Parkway | | Lake Forest | IL | 60045 | 23-50727 |
| W.W. Grainger, Inc. | c/o C T Corporation System | 818 W. Seventh St., | Suite 930 | Los Angeles | CA | 60045 | 23-50727 |
| W.W. Grainger, Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | 23-50727 |
| Walker Emulsions Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | 4401 SE Johnson Creek Blvd. | | Portland | OR | 97222 | 23-50725 |
| Walker Emulsions Inc. | Attn: Registered or Authorized Agent | 780 Commercial St SE, | Ste 100 | Salem | OR | 97301 | 23-50725 |
| Williams Scotsman, Inc. | Attn: Director, Officer, Managing, or General Agent authorized to accept service of process | P O Box 91975 | | Chicago | IL | 60693 | 23-50726 |
| Williams Scotsman, Inc. | c/o C T Corporation System | 208 SO LaSalle St., | Suite 814 | Chicago | IL | 60604 | 23-50726 |
| Williams Scotsman, Inc. | c/o Corporation Trust Center | 1209 Orange Street | | Wilmington | DE | 19801 | 23-50726 |

# **Exhibit C**

Exhibit C

Served via Electronic Mail

| Name | Adv-Proceeding # | Contact Info | Contact Email |
|---|---|---|---|
| AFCO Credit Corporation | 23-50662 | Joel Perrell, Womble Bond Dickinson | Joel.Perrell@wbd-us.com |
| AFCO Credit Corporation | 23-50662 | Robert Hockenbury, Womble Bond Dickinson | robert.hockenbury@wbd-us.com |
| Airgas USA, LLC | 23-50663 | Karen C. Bifferato, Connolly Gallagher LLP | kbifferato@connollygallagher.com |
| Allied Crane LLC | 23-50664 | Jennifer R. Hoover, Benesch Friedlander Coplan & Aronoff LLP | jhoover@Beneschlaw.com |
| Ananta USA, Inc | 23-50665 | David W. Kahn, Kahn, Soares & Conway, LLP | dkahn@kschanford.com |
| BASF Corporation | 23-50668 | Keara M. Waldron, Lowenstein Sandler LLP | kwaldron@lowenstein.com |
| Chem-Trend L.P. | 23-50729 | Noel J. Ravenscroft, Bodman PLC | NRavenscroft@BODMANLAW.COM |
| Chem-Trend L.P. | 23-50729 | Karen C. Bifferato, Connolly Gallagher LLP | kbifferato@connollygallagher.com |
| ClearFreight Inc. | 23-50730 | Paul R. Shankman, Fortis LLP | pshankman@fortislaw.com |
| CNH Industrial Capital America LLC | 23-50731 | Matt Stickel | matthew.stickel@cnhind.com |
| Forest Economic Advisors, LLC | 23-50683 | George Burns, Bernstein, Shur, Sawyer & Nelson, P.A. | gburns@bernsteinshur.com |
| Honor Logistics, LLC | 23-50686 | Judson M. Carusone, Behrends Carusone | judBKlaw@gmail.com |
| Huntsman Corporation | 23-50688 | Randall Rios, Husch Blackwell LLP | Randy.Rios@huschblackwell.com |
| Hydra Distribution & Rail Services, Inc. | 23-50689 | Walter R. Dahl, Dahl Law | wdahl@dahllaw.net |
| Industrial Finishes & Systems Inc. | 23-50690 | James E. Huggett , Margolis Edelstein | jhuggett@margolisedelstein.com |
| Industrial Projects Consulting LLC | 23-50691 | Brian J. Jackiw , Tucker Ellis LLP | brian.jackiw@tuckerellis.com |
| Leitz Tooling Systems LP | 23-50696 | Elisabeth M. Von Eitzen , Warner Norcross + Judd LLP | evoneitzen@wnj.com |
| Medina's Trucking LLC | 23-50698 | Jenny R. Kasen, Kasen & Kasen, P.C. | jkasen@kasenlaw.com |
| Motion Industries, Inc. | 23-50700 | Nathan Q. Rugg , Barack Ferrazzano Kirschbaum & Nagelberg LLP | nathan.rugg@bfkn.com |
| N&S Tractor Co. | 23-50701 | Steven D. Adler , Bayard P.A. | sadler@bayardlaw.com |
| N&S Tractor Co. | 23-50701 | Ericka F. Johnson, Bayard P.A. | ejohnson@bayardlaw.com |
| New York Life Insurance Company | 23-50702 | JoAnna C. Tsoumpas, Office of the General Counsel | JoAnna_C_Tsoumpas@newyorklife.com |
| O & M Industries | 23-50705 | Rachel B. Mersky, Monzack Mersky and Browder, PA | rmersky@monlaw.com |
| Pacific Gas and Electric Company | 23-50706 | Martha J. Simon , Law Office of Martha J. Simon | mjs@mjsimonlaw.com |
| PNC Equipment Finance, LLC | 23-50707 | Matthew A. Foley , Flamm Walton Heimbach | mafoley@flammlaw.com |
| Procore Technologies, Inc. | 23-50709 | Amanda L. Cottrell , Sheppard Mullin | ACottrell@sheppardmullin.com |
| Rexel, Inc. | 23-50711 | Ben L. Aderholt, Coats Rose, P.C. | baderholt@coatsrose.com |
| TP Trucking LLC | 23-50718 | Daniel Kubitz, Schwabe, Williamson & Wyatt, P.C. | dkubitz@schwabe.com |
| Uber Freight LLC | 23-50720 | Niels J. Melius | nielsm@uber.com |
| United Rentals (North America), Inc. | 23-50722 | Paul M. Schrader, Croessmann & Westberg, P.C. | PMS@cwattorney.com |
| Valley Pacific Petroleum Services, Inc. | 23-50723 | Brett T. Abbott , Gubler & Abbott | brett@thecalifornialawyers.com |
| W.W. Grainger, Inc. | 23-50727 | Aaron Davis, Bryan Cave Leighton PaisnerLLP | aaron.davis@bclplaw.com |
| Walker Emulsions Inc. | 23-50725 | Brett D. Fallon, Faegre Drinker Biddle & Reath LLP | brett.fallon@faegredrinker.com |
| Walker Emulsions Inc. | 23-50725 | Lauren Dorsett, Davis Wright Tremaine LLP | LaurenDorsett@dwt.com |
| Williams Scotsman, Inc. | 23-50726 | Michael Fielding, Husch Blackwell LLP | Michael.Fielding@huschblackwell.com |