IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>CalPlant I, LLC,<br><br>Debtor | Chapter 11<br><br>Case No. 21-11303 (JTD) |

## ORDER

Upon consideration of the Motion of the creditor, Ford Motor Credit Company's Motion for Relief from Automatic Stay Due to Lack of Adequate Protection (D.I. 117),

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. §362 is hereby terminated so as to permit the creditor, its servicers, successors and/or assigns, to enforce its security interest in the 2020 Ford Edge VIN: 2FMPK4K90LBB23503, through repossession or replevy and sale of the Vehicle whatever other legal remedies which may be available to the creditor under applicable State law; and it is further

**ORDERED** that Rule 4001(a)(3) is deemed not applicable and Ford Motor Credit Company may immediately enforce and implement this Order granting Relief from the Automatic Stay.

Dated: January 22nd, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

21-11303-JTD